**B1 (Official Form 1) (4/10)**

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF SOUTH CAROLINA<br>COLUMBIA DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Garner, Danny NMN** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Garner, Louise NMN** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-7491** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-9092** |
| Street Address of Debtor (No. and Street, City, and State):<br>**500 Antioch Place**<br>**Columbia, SC**<br>ZIP CODE **29209** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**500 Antioch Place**<br>**Columbia, SC**<br>ZIP CODE **29209** |
| County of Residence or of the Principal Place of Business:<br>**Richland** | County of Residence or of the Principal Place of Business:<br>**Richland** |
| Mailing Address of Debtor (if different from street address):<br>**500 Antioch Place**<br>**Columbia, SC**<br>ZIP CODE **29209** | Mailing Address of Joint Debtor (if different from street address):<br>**500 Antioch Place**<br>**Columbia, SC**<br>ZIP CODE **29209** |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter.)*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (4/10)**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Danny NMN Garner**<br>**Louise NMN Garner** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**South Carolina** | Case Number:<br>**04-04178** | Date Filed:<br>**4/8/2004** |
| Location Where Filed:<br>**South Carolina** | Case Number:<br>**92-72218** | Date Filed:<br>**4/10/1992** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** /s/ Michael J. Cox                                          08/12/2010<br>       **Michael J. Cox**                                          Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☑  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)). |

**B1 (Official Form 1) (4/10)**

| Voluntary Petition | Name of Debtor(s):  **Danny NMN Garner** |
|---|---|
| *(This page must be completed and filed in every case)* | **Louise NMN Garner** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Danny NMN Garner**
　　**Danny NMN Garner**

X  **/s/ Louise NMN Garner**
　　**Louise NMN Garner**

Telephone Number (If not represented by attorney)

**08/12/2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  **/s/ Michael J. Cox**
　　**Michael J. Cox**　　　　　Bar No. **0339**

**Michael J. Cox Atty at Law, LLC**
**6160 St. Andrews Road**
**Suite 1**
**Columbia, SC 29212**

Phone No. **(803) 254-6041**　　Fax No. **(803) 256-8121**

**08/12/2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

Address
X _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

In re:   **Danny NMN Garner**                                      Case No. _____
        **Louise NMN Garner**                                                     (if known)

                Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

In re:  **Danny NMN Garner**                                        Case No. _____
**Louise NMN Garner**                                                              (if known)

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:      *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐   Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐   Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐   Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Danny NMN Garner**_____
                                          Danny NMN Garner

Date:  _____**08/12/2010**_____

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

In re:   **Danny NMN Garner**                                    Case No. _____
         **Louise NMN Garner**                                                    (if known)

            Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

In re:    **Danny NMN Garner**                                        Case No.    _____
          **Louise NMN Garner**                                                                    (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐    Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐    Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Louise NMN Garner**_____
                        Louise NMN Garner

Date:    **08/12/2010**_____

Certificate Number: 00134-SC-CC-011666577



00134-SC-CC-011666577

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 16, 2010, at 8:31 o'clock AM PDT, Danny Garner, Sr. received from Cricket Debt Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of South Carolina, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date:   July 16, 2010                    By:    /s/Elizabeth Venegas

                                          Name:  Elizabeth Venegas

                                          Title:  Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 00134-SC-CC-011666935



00134-SC-CC-011666935

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 16, 2010, at 8:53 o'clock AM PDT, Louise Garner received from Cricket Debt Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of South Carolina, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date:   July 16, 2010                     By:    /s/Julie Yoho

                                          Name:   Julie Yoho

                                          Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

IN RE:  **Danny NMN Garner**                                                                  CASE NO
        **Louise NMN Garner**

                                                                      CHAPTER    **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept:                             **$3,000.00**

    Prior to the filing of this statement I have received:                **$1,126.00**

    Balance Due:                                            **$1,874.00**

2. The source of the compensation paid to me was:
    ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
    ☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

**The filing fee has been paid.**

**$40.00 has been paid for credit report.**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

IN RE:  **Danny NMN Garner**                                          CASE NO
          **Louise NMN Garner**
                                                                          CHAPTER    **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Any representation of the debtor(s) after the First Meeting of Creditors,  except the attendance at the Confirmation Hearing.**

**The debtor(s) have executed a detailed fee agreement with the Attorney for the debtor(s) and have received a copy of the same.**

**\*The following additional charges are set forth in that document.**

**Add Creditors (after sign-off and before bar date) $120/first 3  $25 after first 3**
**Attend hearing on above named motion to reconsider $200**
**Consent Order approving modification of mortgage $350**
**Continuation of First Meeting of Creditors $150**
**Conversion to Chapter 13 $2500**
**Conversion to Chapter 7 $650**
**Defense of Motion for Relief from Auto Stay (No Hearing) $400**
**Defense of Motion for Relief from Auto Stay (W/Hearing) $500**
**Defense of Motion to Dismiss by Creditor after Confirmation $250**
**Defense of Trustee's Petition to Dismiss $200**
**Drafting Reaffirmation Agreement  $300**
**Filing Claim for Creditor $200**
**Mailing Costs to Serve Creditors (Cost Per Creditor) $1**
**Moratorium (Temporary Suspension of Bankruptcy Payments) $250**
**Motion to Abandon Property $150**
**Motion to Incur Debt for Personal Property $350**
**Motion to Incur Debt for Real Property (Complex) Hourly Rate Applies**
**Motion to Incur Debt for Real Property W/O Lien Avoidance $500**
**Motion to Reconsider Dismissal for Non-Payment $400**
**Motion to Reinstate Stay   $350**
**Motion to Reinstate the Case $550**
**Motion to Sell Personal Property  $350**
**Motion to Sell Real Property $500**
**Motion to Substitute Collateral $350**
**Objection to Creditor Claim $300**
**Plan Modification after Confirmation $400**
**Prepare Correspondence and Mail  $50**
**Resolution of Petition to Dismiss Prior to Hearing $150**
**Resumption of Payment Order  $350**
**Michael J. Cox Hourly Rate  $350**
**Associate Attorney Hourly Rate  $250**
**Paralegal Hourly Rate $100**
**\*The fees actually charged will be the ATTORNEY rates at the time that the services are rendered and the fixed fees assume that the matter involved is routine.**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

IN RE:  **Danny NMN Garner**
       **Louise NMN Garner**

CASE NO

CHAPTER    **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 08/12/2010 | /s/ Michael J. Cox | |
|---|---|---|
| *Date* | *Michael J. Cox* | Bar No.  0339 |
| | Michael J. Cox Atty at Law, LLC | |
| | 6160 St. Andrews Road | |
| | Suite 1 | |
| | Columbia, SC 29212 | |
| | Phone: (803) 254-6041 / Fax: (803) 256-8121 | |

**/s/ Danny NMN Garner**
*Danny NMN Garner*

**/s/ Louise NMN Garner**
*Louise NMN Garner*

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

In re  **Danny NMN Garner**                                   Case No.
       **Louise NMN Garner**

                                                             Chapter     **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $130,000.00 | | |
| B - Personal Property | Yes | 12 | $45,983.68 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $111,831.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $1,874.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $24,725.10 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 8 | | | $2,778.96 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $2,500.00 |
| TOTAL | | 39 | $175,983.68 | $138,430.10 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

In re  **Danny NMN Garner**
       **Louise NMN Garner**

Case No.

Chapter    **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$2,778.96** |
| Average Expenses (from Schedule J, Line 18) | **$2,500.00** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$4,228.85** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$0.00** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$1,874.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$24,725.10** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$24,725.10** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Danny NMN Garner**                                          Case No. _____
       **Louise NMN Garner**                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **41** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **08/12/2010** _____            Signature  **/s/ Danny NMN Garner** _____
                                                              **Danny NMN Garner**


Date  **08/12/2010** _____            Signature  **/s/ Louise NMN Garner** _____
                                                              **Louise NMN Garner**

                                                  [If joint case, both spouses must sign.]

_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571._

B6A (Official Form 6A) (12/07)

In re  **Danny NMN Garner**                                      Case No.  _____
       **Louise NMN Garner**                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Debtor's House<br>500 Antioch Place, Columbia, SC 29209<br>TMS: R19006-02-18<br>Tax Assessment: $107,400<br>Zillow: $101,000<br>Debtor's Opinion: $130,000<br>Purchased 9/25/2009 for $103,785 | Fee Simple | J | $130,000.00 | $103,137.00 |
| | | **Total:** | **$130,000.00** | |

(Report also on Summary of Schedules)

**IF YOU WISH TO APPEAL THE
ASSESSMENT ON YOUR PROPERTY**

If you disagree with the assessor's appraisal of your property
and wish to appeal, state law provides the following procedure
in Section 12-60-2520 of the 1976 Code of Laws, as amended.

1. Within ninety (90) days after dated notice of reassessment,
the property owner or his agent must file a written objection
with the assessor.

2. The assessor will conduct a field review and notify the
property owner of the results of review.

3. Within thirty (30) days of further objection, a conference
will be scheduled. The assessor, in turn, will request that
you provide, within thirty (30) days, additional data to help
determine the value of your property.

4. After the field review has been completed, the Assessor
will notify you in writing of his finding. If you still disagree
with the assessment, you have thirty (30) days to file written
notice of your request to appear your assessment to the
Richland County Board of Assessment Appeals, a member
panel of Richland County citizens who shall serve as the
final local authority in such appeals.

5. State law requires that you must pay 80% of tax generated
on the proposed assessment if it appears that the appeal will
not be settled by December 31 of the tax year in question. A
taxpayer may pay more than 80% if it is agreed to in writing
by the taxpayer.

THIS IS A NOTICE OF CLASSIFICATION, APPRAISAL
AND ASSESSMENT OF REAL ESTATE

Section 12-60-2510 of the 1976 Code as amended provides
for the classification and uniform assessment ratios of property. The
property described herein has been appraised and assessed at the
appropriate assessment ratio by the assessor.

# THIS IS NOT A
# TAX BILL

\*SECTION 12-37-3140(B) OF THE SC CODE OF LAWS PROVIDES that any increase
in the fair market value of real property attributable to the periodic
countywide **EXPLANATION OF NOTICE ON BACK** appraisal and equalization program is
limited to fifteen percent within a five-year period if no other improve-
ments made or assessable transfers of interest occur. 2009 taxes will be
RICHLAND COUNTY ASSESSOR'S OFFICE     computed on this value.     2020 HAMPTON STREET
- (803) 576-2640                                                  P.O. BOX 192
  (803) 748-4999 TDD          THIS IS NOT A TAX BILL             COLUMBIA, S.C. 29202

NOTICE OF CLASSIFICATION, APPRAISAL & ASSESSMENT OF REAL ESTATE   2009

| CLASSIFICATION | ASSESS RATIO | MARKET VALUE | X | RATIO | = | ASSESSMENT | | TAX YEAR |
|---|---|---|---|---|---|---|---|---|
| \* OWNER OCCUPIED RESIDENTIAL | | 109400 | X | 04 | = | 4380 | | **TAX MAP NUMBER** R19006-02-18 |
| \* OTHER PROPERTY | | | | | | | | |
| \* MARKET VALUE - AGRICULTURAL | | | | | | | | **CAPPED VALUE** 97635 |
| USE VALUE - AGRICULTURAL | | | | | | | | |
| | | **TOTAL ASSESSMENT** | | | | 4380 | | **THE TOTAL MARKET VALUE ESTIMATE** \* IS 109400 |

PROPERTY LOCATION-SUBDIVISION - LEGAL DESCRIPTION
  500     ANTIOCH PL     / MILL CREEK ESTATES
LOT 20 BLK C
144.67X161.74X21.6X165.65X89.7 /R0259 0831
REASON FOR CHANGE: COUNTYWIDE REAPPRAISAL
\*\*\* 2009 TAXES BASED ON TAXABLE VALUE \*\*\*

\* **TAXABLE VALUE**
97600

OWNER AS OF 12/31/2008:

    GARNER DANNY
    500 ANTIOCH PLACE
    COLUMBIA SC 29209

KEY: 00721525 NBHD: 092.04

| | TAX DIST | DATE OF NOTICE |
|---|---|---|
| IF YOU DISAGREE WITH THE APPRAISAL AND ASSESSMENT, YOU MUST FILE WRITTEN OBJECTION WITH THE ASSESSOR WITHIN 90 DAYS OR BEFORE     06/12/2009 | 1LR | 03/13/2009 |

B6B (Official Form 6B) (12/07)

In re  **Danny NMN Garner**
      **Louise NMN Garner**

Case No. _____
              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand<br>Wild card exemption - unused homestead | J | $45.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | All South Federal Credit Union Checking<br>Account #: 3957<br>Wild card exemption - unused homestead | J | $307.87 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household Goods (see attached) | J | $1,367.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | J | $600.00 |
| 7. Furs and jewelry. | | Watches (2) - $150<br>Wedding band - $50<br>Gold chain - $100<br><br>Wedding band - $50 | H<br><br><br><br>W | $300.00<br><br><br><br>$50.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Glock 440<br>Wild card exemption - unused homestead | H | $250.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Danny NMN Garner**
**Louise NMN Garner**

Case No. _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Aflac Life Insurance Term Value: $150,000 | H | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | Thrift Savings Plan Retirement Balance as of 12/31/2009: $20,518.81 | H | $20,518.81 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Danny NMN Garner**                                    Case No. _____
       **Louise NMN Garner**                                                  (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | 2010 Taxes<br>Wild car exemption - unused homestead<br><br>2009 Taxes<br>Federal: $2,972<br>State: $1,006<br>Received and spent prior to filing | J<br><br>J | Unknown<br><br>$0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Danny NMN Garner**                                          Case No. _____
       **Louise NMN Garner**                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Mercedes Benz E320<br>VIN:WDBJF65J01B230035<br>Mileage: 101,000<br>KBB: $8,935<br>Under lien to Citi Financial.<br>Wild card exemption - Husband's unused homestead | J | $8,935.00 |
| | | 1998 Jaguar XJ8<br>VIN: SAJHX124XWC837979<br>Mileage: 98,000<br>KBB: $5,925<br>Under lien to AllSouth Federal Credit Union. | H | $5,925.00 |
| | | 2002 Mazda B3000<br>VIN: 4F4YR16U02TM09648<br>Mileage: 70,000<br>KBB: $5185<br>Free and clear of liens.<br>Wife's motor vehicle exemption | J | $5,185.00 |
| | | 1997 Mercedes Benz C280<br>VIN: WDBHA28E1VA503144<br>Mileage: 137,500<br>KBB: $3245<br>Free and clear of liens.<br>Car is not running as transmission is out.<br>Debtor's opinion: $2500 | J | $2,500.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Danny NMN Garner**                                   Case No. _____
       **Louise NMN Garner**                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---|
| | | Wild card exemption - Wife's unused cash | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____4_____ continuation sheets attached                    **Total  >**          **$45,983.68**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Scanned Document #3**

## Household Goods

Please list ali Household Items on these pages.  Note if you have the item and what you think it is worth (ie: what you could get for it at a garage sale).  The list goes by room and is intended to be a guide.  The furniture listed is NOT exclusive.  If you own items that are not listed, please put them under other.  If the space provided is not sufficient, please attach additional sheets.

Living Room
Couch _176.00_
Loveseat _____
Side Tables _75.00_
Coffee Table _70.00_
Chairs _200.00_
Lamps _0_
Mirrors _0_
TVs _0_
DVD/VCR _0_
Stereo _0_
Computers _0_
Other _0_

Dining Room
Table _50.00_
Chairs _____
China Hutch _0_
Sideboard _0_
Lamps _0_
Mirrors _0_
Other _0_

Bedroom 1
Bed Frame (size) _Queen 200.00_
Springs & Mattress (size) _Queen_
Night Stands _____
Dressers _100.00_
Chest of Drawers _____
Mirrors _0_
Lamps _0_
TVs _50.00_
DVD/VCR _0_
Stereo _0_
Computers _0_
Other _0_

Bedroom 2
Bed Frame (size) _full 75.00_
Springs & Mattress (size) _____
Night Stands _0_
Dressers _100.00_
Chest of Drawers _____
Mirrors _0_
Lamps _0_
TVs _60.00_
DVD/VCR _0_
Stereo _0_
Computers _0_
Other _0_

Bedroom 3
Bed Frame (size) _twin 7.00_
Springs & Mattress (size) _1000_
Night Stands _0_
Dressers _0_
Chest of Drawers _0_
Mirrors _0_
Lamps _0_
TVs _0_
DVD/VCR _0_
Stereo _____
Computers _60.00_
Other _0_

Rec Room(s)
Tables _0_
Chairs _0_
Mirrors _0_
Lamps _0_
TVs _0_
DVD/VCR _0_
Stereo _0_
Computers _0_
Other _0_

Den/Family Room
Tables _20.00_
Chairs _20.00_
Mirrors _0_
Lamps _0_
TVs _15.00_
DVD/VCR _0_
Stereo _0_
Computers _0_
Other _____

Kitchen
Refrigerator _100.00_
Stove _100.00_
Microwave _30.00_
Freezer _____
Small Appliances _____
Lawnmower _15.00_
Grill _15.00_
Patio Furniture _____
Washer _25.00_
Dryer _20.00_

$1367.00

2001 Mercedes-Benz E-Class - Private Party Pricing Report - Kelley...    http://www.kbb.com/used-cars/mercedes_benz/e_class/2001/private...

 

advertisement

   

## 2001 Mercedes-Benz E-Class E320 Sedan 4D

### BLUE BOOK® PRIVATE PARTY VALUE



advertisement

| Condition | Value |
| --- | --- |
| **Excellent** | **$9,585** |
| ✔ **Good** | **$8,935** |
| (Selected) | |
| **Fair** | **$7,835** |

advertisement



### Vehicle Highlights

| | |
| --- | --- |
| **Mileage:** | 101,000 |
| **Engine:** | V6, 3.2 Liter |
| **Transmission:** | Automatic |
| **Drivetrain:** | RWD |

### Selected Equipment

**Standard**

| | | |
| --- | --- | --- |
| Traction Control | Telescoping Wheel | ABS (4-Wheel) |
| Slip Control | Cruise Control | Leather |
| Air Conditioning | AM/FM Stereo | Dual Power Seats |
| Power Steering | Cassette | Moon Roof |
| Power Windows | Dual Air Bags | Alloy Wheels |
| Power Door Locks | Side Air Bags | |

**Optional**

CD (Multi Disc)

### Blue Book Private Party Value

Kelley Blue Book Private Party Value is the amount a buyer can expect to pay when buying a used car from a private party. The Private Party Value assumes the vehicle is sold "As Is" and carries no warranty (other than any remaining factory warranty). The final sale price may vary depending on the vehicle's actual condition and local market conditions. This value may also be used to derive Fair Market Value for insurance and vehicle donation purposes.

### Vehicle Condition Ratings

**Excellent**
▢▢▢▢▢                                             **$9,585**
• Looks new, is in excellent mechanical condition and needs no reconditioning.

1998 Jaguar XJ Series - Private Party Pricing Report - Kelley Blue Book  http://www.kbb.com/used-cars/jaguar/xj-series/1998/private-party-v...



advertisement



SAVE BIG on CARCHEX Extended Vehicle Protection
"I only trust CARCHEX for my vehicle protection. You should too."
GET FREE CARCHEX QUOTES NOW

🖨 Send to Printer

## 1998 Jaguar XJ Series XJ8 Sedan 4D

**BLUE BOOK® PRIVATE PARTY VALUE**



| Condition | Value |
|---|---|
| **Excellent** | **$6,375** |
| ✓ **Good** (Selected) | **$5,925** |
| **Fair** | **$5,125** |

advertisement



up2drive

Apply Today for great rates on auto loans

Close Window

### Vehicle Highlights

**Mileage:** 98,000
**Engine:** V8, 4.0 Liter
**Transmission:** Automatic
**Drivetrain:** RWD

### Selected Equipment

**Standard**

| | | |
|---|---|---|
| Air Conditioning | Cruise Control | Leather |
| Power Steering | AM/FM Stereo | Dual Power Seats |
| Power Windows | Cassette | Sun Roof (Sliding) |
| Power Door Locks | Dual Air Bags | Alloy Wheels |
| Telescoping Wheel | ABS (4-Wheel) | |

### Blue Book Private Party Value

Kelley Blue Book Private Party Value is the amount a buyer can expect to pay when buying a used car from a private party. The Private Party Value assumes the vehicle is sold "As Is" and carries no warranty (other than any remaining factory warranty). The final sale price may vary depending on the vehicle's actual condition and local market conditions. This value may also be used to derive Fair Market Value for insurance and vehicle donation purposes.

### Vehicle Condition Ratings

**Excellent**                      **$6,375**

- Looks new, is in excellent mechanical condition and needs no reconditioning.
- Never had any paint or body work and is free of rust.
- Clean title history and will pass a smog and safety inspection.
- Engine compartment is clean, with no fluid leaks and is free of any wear or visible defects.
- Complete and verifiable service records.

 

advertisement



## 2002 Mazda B-Series Regular Cab B3000 Dual Sport Short Bed

### BLUE BOOK® PRIVATE PARTY VALUE

advertisement



| Condition | Value |
|-----------|-------|
| Excellent | $6,310 |
| Good | $5,885 |
| ✓ Fair (Selected) | $5,185 |



### Vehicle Highlights

| | |
|---|---|
| **Mileage:** | 70,000 |
| **Engine:** | V6, 3.0 Liter |
| **Transmission:** | Manual, 5-Spd |
| **Drivetrain:** | 2WD |

0.0% APR FINANCIN(
FOR 60 MONTHS PLUS
NO MONTHLY PAYME
FOR 90 DAYS



### Selected Equipment

**Standard**

| | | |
|---|---|---|
| Air Conditioning | CD (Single Disc) | Alloy Wheels |
| Power Steering | Dual Air Bags | |
| AM/FM Stereo | Sliding Rear Window | |

**Optional**

| | | |
|---|---|---|
| Power Windows | Tilt Wheel | Running Boards |
| Power Door Locks | Cruise Control | Bed Liner |



MazdaUSA.com

### Blue Book Private Party Value

Kelley Blue Book Private Party Value is the amount a buyer can expect to pay when buying
a used car from a private party. The Private Party Value assumes the vehicle is sold "As Is"
and carries no warranty (other than any remaining factory warranty). The final sale price
may vary depending on the vehicle's actual condition and local market conditions. This
value may also be used to derive Fair Market Value for insurance and vehicle donation

Close Window

**Scanned Document #3**

2002 Mazda B-Series Regular Cab - Private Party Pricing Report - Kelley Blue Book       Page 2 of 2

purposes.

**Vehicle Condition Ratings**

### Excellent

**$6,310**

- Looks new, is in excellent mechanical condition and needs no reconditioning.
- Never had any paint or body work and is free of rust.
- Clean title history and will pass a smog and safety inspection.
- Engine compartment is clean, with no fluid leaks and is free of any wear or visible defects.
- Complete and verifiable service records.

Less than 5% of all used vehicles fall into this category.

### Good

**$5,885**

- Free of any major defects.
- Clean title history, the paints, body, and interior have only minor (if any) blemishes, and there are no major mechanical problems.
- Little or no rust on this vehicle.
- Tires match and have substantial tread wear left.
- A "good" vehicle will need some reconditioning to be sold at retail.

Most consumer owned vehicles fall into this category.

### ✓ Fair (Selected)

**$5,185**

- Some mechanical or cosmetic defects and needs servicing but is still in reasonable running condition.
- Clean title history, the paint, body and/or interior need work performed by a professional.
- Tires may need to be replaced.
- There may be some repairable rust damage.

### Poor

**N/A**

- Severe mechanical and/or cosmetic defects and is in poor running condition.
- May have problems that cannot be readily fixed such as a damaged frame or a rusted-through body.
- Branded title (salvage, flood, etc.) or unsubstantiated mileage.

Kelley Blue Book does not attempt to report a value on a "poor" vehicle because the value of these vehicles varies greatly. A vehicle in poor condition may require an independent appraisal to determine its value.

\* South Carolina 08/05/2010

© 2010 Kelley Blue Book Co., Inc. All rights reserved. 7/30/2010-8/5/2010 Edition. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.10080)

**Scanned Document #3**





advertisement



## 1997 Mercedes-Benz C-Class C280 Sedan 4D

### BLUE BOOK® PRIVATE PARTY VALUE



| Condition | Value |
|-----------|-------|
| Excellent | $4,345 |
| Good | $3,945 |
| ✓ Fair (Selected) | $3,245 |

advertisement



advertisement
Close Window



### Vehicle Highlights

| | |
|---|---|
| **Mileage:** | 137,500 |
| **Engine:** | 6-Cyl, 2.8 Liter |
| **Transmission:** | Automatic |
| **Drivetrain:** | RWD |

### Selected Equipment

**Standard**

| | | |
|---|---|---|
| Air Conditioning | Cruise Control | ABS (4-Wheel) |
| Power Steering | AM/FM Stereo | Dual Power Seats |
| Power Windows | Bose Premium Sound | Moon Roof |
| Power Door Locks | Dual Air Bags | |

**Optional**

| | |
|---|---|
| CD (Single Disc) | Leather |

### Blue Book Private Party Value

Kelley Blue Book Private Party Value is the amount a buyer can expect to pay when buying a used car from a private party. The Private Party Value assumes the vehicle is sold "As Is" and carries no warranty (other than any remaining factory warranty). The final sale price may vary depending on the vehicle's actual condition and local market conditions. This value may also be used to derive Fair Market Value for insurance and vehicle donation

purposes.

**Vehicle Condition Ratings**

### Excellent                                                    $4,345
- Looks new, is in excellent mechanical condition and needs no reconditioning.
- Never had any paint or body work and is free of rust.
- Clean title history and will pass a smog and safety inspection.
- Engine compartment is clean, with no fluid leaks and is free of any wear or visible defects.
- Complete and verifiable service records.

Less than 5% of all used vehicles fall into this category.

### Good                                                         $3,945
- Free of any major defects.
- Clean title history, the paints, body, and interior have only minor (if any) blemishes, and there are no major mechanical problems.
- Little or no rust on this vehicle.
- Tires match and have substantial tread wear left.
- A "good" vehicle will need some reconditioning to be sold at retail.

Most consumer owned vehicles fall into this category.

### ✔ Fair (Selected)                                            $3,245
- Some mechanical or cosmetic defects and needs servicing but is still in reasonable running condition.
- Clean title history, the paint, body and/or interior need work performed by a professional.
- Tires may need to be replaced.
- There may be some repairable rust damage.

### Poor                                                         N/A
- Severe mechanical and/or cosmetic defects and is in poor running condition.
- May have problems that cannot be readily fixed such as a damaged frame or a rusted-through body.
- Branded title (salvage, flood, etc.) or unsubstantiated mileage.

Kelley Blue Book does not attempt to report a value on a "poor" vehicle because the value of these vehicles varies greatly. A vehicle in poor condition may require an independent appraisal to determine its value.

* South Carolina 08/05/2010

© 2010 Kelley Blue Book Co., Inc. All rights reserved. 7/30/2010-8/5/2010 Edition. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.10080)



The 2011 C-Class

Starting at jus $33,990.*

FIND A DEALER

B6C (Official Form 6C) (4/10)

In re  **Danny NMN Garner**
        **Louise NMN Garner**

Case No. _____
                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds
     $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Debtor's House<br>500 Antioch Place, Columbia, SC 29209<br>TMS: R19006-02-18<br>Tax Assessment: $107,400<br>Zillow: $101,000<br>Debtor's Opinion: $130,000<br>Purchased 9/25/2009 for $103,785 | S.C. Code Ann. § 15-41-30(1):  Real or personal property, including a cooperative, used as residence by debtor or a dependent, OR a burial plot ($50,000 (if multiple owners, exemption cannot exceed $100,000/no. of owners)) | $30,000.00 | $130,000.00 |
| Cash on hand<br><br>Wild card exemption - unused homestead | S.C. Code Ann. § 15-41-30(7):  The debtor's aggregate interest in any property, not to exceed five thousand dollars in value of an unused exemption amount to which the debtor is entitled pursuant to subsection (A), items (1) through (6). | $45.00 | $45.00 |
| All South Federal Credit Union Checking Account #: 3957<br><br>Wild card exemption - unused homestead | S.C. Code Ann. § 15-41-30(7):  The debtor's aggregate interest in any property, not to exceed five thousand dollars in value of an unused exemption amount to which the debtor is entitled pursuant to subsection (A), items (1) through (6). | $307.87 | $307.87 |
| Household Goods (see attached) | S.C. Code Ann. § 15-41-30(3): Personal household furnishings & goods, wearing apparel, appliances, books, animals, crops, or musical instruments of debtor or dependent | $1,367.00 | $1,367.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment.* | | **$31,719.87** | **$131,719.87** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Danny NMN Garner**                                    Case No.  _____
       **Louise NMN Garner**                                                  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Clothing | S.C. Code Ann. § 15-41-30(3): Personal household furnishings & goods, wearing apparel, appliances, books, animals, crops, or musical instruments of debtor or dependent | $600.00 | $600.00 |
| Watches (2) - $150 Wedding band - $50 Gold chain - $100 | S.C. Code Ann. § 15-41-30(4): Personal, family, or household jewelry of debtor or dependent | $300.00 | $300.00 |
| Wedding band - $50 | S.C. Code Ann. § 15-41-30(4): Personal, family, or household jewelry of debtor or dependent | $50.00 | $50.00 |
| Glock 440  Wild card exemption - unused homestead | S.C. Code Ann. § 15-41-30(7):  The debtor's aggregate interest in any property, not to exceed five thousand dollars in value of an unused exemption amount to which the debtor is entitled pursuant to subsection (A), items (1) through (6). | $250.00 | $250.00 |
| Thrift Savings Plan Retirement Balance as of 12/31/2009: $20,518.81 | S.C. Code Ann. § 15-41-30(14): Debtor's interest in ERISA-qualified pension plan | $20,518.81 | $20,518.81 |
| 2010 Taxes  Wild car exemption - unused homestead | S.C. Code Ann. § 15-41-30(7):  The debtor's aggregate interest in any property, not to exceed five thousand dollars in value of an unused exemption amount to which the debtor is entitled pursuant to subsection (A), items (1) through (6). | $2,500.00 | Unknown |
| 2001 Mercedes Benz E320 VIN:WDBJF65J01B230035 Mileage: 101,000 KBB: $8,935 | S.C. Code Ann. § 15-41-30(7):  The debtor's aggregate interest in any property, not to exceed five thousand dollars in value of an unused | $1,978.00 | $8,935.00 |
|  |  | **$57,916.68** | **$162,373.68** |

B6C (Official Form 6C) (4/10) -- Cont.

In re **Danny NMN Garner**                                  Case No. _____
**Louise NMN Garner**                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Under lien to Citi Financial.<br><br>Wild card exemption - Husband's unused homestead | exemption amount to which the debtor is entitled pursuant to subsection (A), items (1) through (6). | | |
| 1998 Jaguar XJ8<br>VIN: SAJHX124XWC837979<br>Mileage: 98,000<br>KBB: $5,925<br><br>Under lien to AllSouth Federal Credit Union. | S.C. Code Ann. § 15-41-30(2):  One motor vehicle | $4,188.00 | $5,925.00 |
| 2002 Mazda B3000<br>VIN: 4F4YR16U02TM09648<br>Mileage: 70,000<br>KBB: $5185<br><br>Free and clear of liens.<br><br>Wife's motor vehicle exemption | S.C. Code Ann. § 15-41-30(2):  One motor vehicle | $5,185.00 | $5,185.00 |
| 1997 Mercedes Benz C280<br>VIN: WDBHA28E1VA503144<br>Mileage: 137,500<br>KBB: $3245<br><br>Free and clear of liens.<br><br>Car is not running as transmission is out.<br>Debtor's opinion: $2500<br><br>Wild card exemption - Wife's unused cash | S.C. Code Ann. § 15-41-30(7):  The debtor's aggregate interest in any property, not to exceed five thousand dollars in value of an unused exemption amount to which the debtor is entitled pursuant to subsection (A), items (1) through (6). | $2,500.00 | $2,500.00 |
| | | $69,789.68 | $175,983.68 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

IN RE:   **Danny NMN Garner**                                    CASE NO
         **Louise NMN Garner**

                                                                 CHAPTER    **13**

## <u>TOTALS BY EXEMPTION LAW</u>

| Exemption Law | Husband | Wife | Joint | Community | N/A | Exemption Total | Market Value Total |
|---|---|---|---|---|---|---|---|
| S.C. Code Ann. § 15-41-30(1) | $0.00 | $0.00 | $30,000.00 | $0.00 | $0.00 | $30,000.00 | $130,000.00 |
| S.C. Code Ann. § 15-41-30(14) | $20,518.81 | $0.00 | $0.00 | $0.00 | $0.00 | $20,518.81 | $20,518.81 |
| S.C. Code Ann. § 15-41-30(2) | $4,188.00 | $0.00 | $5,185.00 | $0.00 | $0.00 | $9,373.00 | $11,110.00 |
| S.C. Code Ann. § 15-41-30(3) | $0.00 | $0.00 | $1,967.00 | $0.00 | $0.00 | $1,967.00 | $1,967.00 |
| S.C. Code Ann. § 15-41-30(4) | $300.00 | $50.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 |
| S.C. Code Ann. § 15-41-30(7) | $250.00 | $0.00 | $7,330.87 | $0.00 | $0.00 | $7,580.87 | $12,037.87 |

B6D (Official Form 6D) (12/07)

In re **Danny NMN Garner**    Case No. _____
**Louise NMN Garner**    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx8191** <br><br> **Allsouth Federal Cr Un** <br> **6923 N Trenholm Rd** <br> **Columbia, SC 29206** | | H | DATE INCURRED:  **04/2010** <br> NATURE OF LIEN: <br> **Automobile** <br> COLLATERAL: <br> **1998 Jaguar XJ8□□VIN: SAJHX124XWC837979□** <br> REMARKS: <br> **Debtor will retain and keep current.** <br><br> VALUE:            **$5,925.00** | | | | **$1,737.00** | |
| ACCT #: **xxxxxx4701** <br><br> **Citi Auto** <br> **2208 Highway 121 Ste 100** <br> **Bedford, TX 76021** | | H | DATE INCURRED:  **03/2007** <br> NATURE OF LIEN: <br> **Automobile** <br> COLLATERAL: <br> **2001 Mercedes Benz E320□□VIN:WDBJF65J01B2** <br> REMARKS: <br> **Debtor will retain and keep current.** <br><br> VALUE:            **$8,935.00** | | | □ | **$6,957.00** | |
| ACCT #: **xxxxx0878** <br><br> **GMAC** <br> **Attention:  Bankruptcy Dept.** <br> **1100 Virginia Drive** <br> **Fort Washington, PA 19034** | | H | DATE INCURRED:  **09/2009** <br> NATURE OF LIEN: <br> **First Mortgage** <br> COLLATERAL: <br> **Debtor's House** <br> REMARKS: <br><br> VALUE:            **$130,000.00** | | | | **$103,137.00** | |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | **$111,831.00** | **$0.00** |
| | | | Total (Use only on last page) > | | | | **$111,831.00** | **$0.00** |

_____**No**_____continuation sheets attached

| | | |
|---|---|---|
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re  **Danny NMN Garner**                                      Case No. _____
**Louise NMN Garner**                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re **Danny NMN Garner**                                    Case No. _____
**Louise NMN Garner**                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Michael J. Cox Atty at Law, LLC**<br>**6160 St. Andrews Road, Ste 1**<br>**Columbia, SC  29212** | | J | DATE INCURRED: **07/20/2010**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $1,874.00 | $1,874.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $1,874.00 | $1,874.00 | $0.00 |
|---|---|---|---|---|
| | **Total >**<br>(Use only on last page of the completed Schedule E.<br>Report also on the Summary of Schedules.) | $1,874.00 | | |
| | **Totals >**<br>(Use only on last page of the completed Schedule E.<br>If applicable, report also on the Statistical Summary<br>of Certain Liabilities and Related Data.) | | $1,874.00 | $0.00 |

B6F (Official Form 6F) (12/07)

In re  **Danny NMN Garner**                              Case No. _____
       **Louise NMN Garner**                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx4019**<br>**Acc Rec Coll**<br>**105 Reed Ave**<br>**Lexington, SC 29072** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $282.00 |
| ACCT #:  **xxxxxxxx4022**<br>**Acc Rec Coll**<br>**105 Reed Ave**<br>**Lexington, SC 29072** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $181.00 |
| ACCT #:  **xxxxxxxx7200**<br>**Applied Card Bank**<br>**Attention: General Inquiries**<br>**PO Box 17125**<br>**Wilmington, DE 19850** | | W | DATE INCURRED:  **05/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,092.00 |
| ACCT #:  **xxxxxxxxxxxx9127**<br>**Aspire**<br>**Pob 105555**<br>**Atlanta, GA 30348** | | W | DATE INCURRED:  **03/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $916.00 |
| ACCT #:  **xxxx-xxxx-xxxx-7268**<br>**Capital One, N.a.**<br>**C/O American Infosource**<br>**PO Box 54529**<br>**Oklahoma City, OK 73154** | | W | DATE INCURRED:  **08/2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,481.00 |
| ACCT #:  **xxxx-xxxx-xxxx-4731**<br>**Capital One, N.a.**<br>**C/O American Infosource**<br>**PO Box 54529**<br>**Oklahoma City, OK 73154** | | H | DATE INCURRED:  **09/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,034.00 |
| | | | Subtotal > | | | | $6,986.00 |
| | | | Total > (Use only on last page of the completed Schedule F.) | | | | |

_____**5**_____ continuation sheets attached

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Danny NMN Garner**        Case No. _____
     **Louise NMN Garner**                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Capital One, N.a.** | | | **Alliance One** **4850 Street Road, Ste 300** **Feasterville Trevose, PA 19053** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx9823** **Chase- Bp** **Po Box 15298** **Wilmington, DE 19850** | | J | DATE INCURRED:  **09/1996** CONSIDERATION: **Credit Card** REMARKS: | | | | **$466.00** |
| ACCT #:  **xxxxxxxxxxxx7116** **Credit One Bank** **Po Box 98875** **Las Vegas, NV 89193** | | H | DATE INCURRED:  **04/2006** CONSIDERATION: **Credit Card** REMARKS: | | | | **$1,662.00** |
| ACCT #: **Equifax Information Service Center** **Attn: Dispute Resolution Department** **PO Box 105873** **Atlanta, GA 30328** | | J | DATE INCURRED: CONSIDERATION: **Notice Only** REMARKS: | | | | **Notice Only** |
| ACCT #: **Experian Information Solutions** **Attn: Supervisor, Legal Department** **PO Box 1240** **Allen, TX 75013** | | J | DATE INCURRED: CONSIDERATION: **Notice Only** REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxxx1162** **GEMB / HH Gregg** **Attention:  Bankruptcy** **PO Box 103106** **Roswell, GA 30076** | | H | DATE INCURRED:  **11/2006** CONSIDERATION: **Charge Account** REMARKS: | | | | **$1,579.00** |

Sheet no. ____1____ of ____5____ continuation sheets attached to              Subtotal >      $3,707.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Total >
                    (Use only on last page of the completed Schedule F.)
            (Report also on Summary of Schedules and, if applicable, on the
            Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Danny NMN Garner**                                   Case No. _____
**Louise NMN Garner**                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxx1161<br>**Gemb/jcp**<br>**Attention:  Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | W | DATE INCURRED:  **08/2006**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $1,780.00 |
| ACCT #:  xxxxxxxx0308<br>**Gemb/walmart**<br>**Attn: Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | W | DATE INCURRED:  **05/2006**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $2,068.00 |
| ACCT #:  xxxx-xxxx-xxxx-2006<br>**HSBC**<br>**ATTN: BANKRUPTCY**<br>**PO BOX 5213**<br>**Carol Stream, IL 60197** | | H | DATE INCURRED:  **09/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $692.00 |
| ACCT #:  xxxxxxxxxxxx6949<br>**Hsbc Bank**<br>**ATTN: BANKRUPTCY**<br>**PO BOX 5253**<br>**Carol Stream, IL 60197** | | H | DATE INCURRED:  **10/2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,666.00 |
| ACCT #:  xxxxxxxxxxxx6082<br>**Hsbc Bank**<br>**ATTN: BANKRUPTCY**<br>**PO BOX 5253**<br>**Carol Stream, IL 60197** | | W | DATE INCURRED:  **09/2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $450.00 |
| ACCT #:  xxxx-xxxx-xxxx-4987<br>**Hsbc Bank/Sears/KMart**<br>**ATTN: BANKRUPTCY**<br>**PO BOX 5213**<br>**Carol Stream, IL 60197** | | W | DATE INCURRED:  **07/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $604.00 |

Sheet no. ____2____ of ____5____ continuation sheets attached to                    **Subtotal >**                    $7,260.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Danny NMN Garner**          Case No. _____
      **Louise NMN Garner**                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxx4555**<br>**Hsbc Best Buy**<br>**Attn: Bankruptcy**<br>**PO Box 5263**<br>**Carol Stream, IL 60197** | | W | DATE INCURRED:  **05/2006**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$415.00** |
| ACCT #:<br>**Internal Revenue Service**<br>**Centralized Insolvency Unit**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxx1620**<br>**Macys/fdsb**<br>**Macy's Bankruptcy**<br>**PO Box 8053**<br>**Mason, OH 45040** | | H | DATE INCURRED:  **09/2009**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$400.00** |
| ACCT #:  **xxxxxxxxx4020**<br>**Macys/fdsb**<br>**Macy's Bankruptcy**<br>**PO Box 8053**<br>**Mason, OH 45040** | | W | DATE INCURRED:  **07/2008**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$340.00** |
| ACCT #:  **xxxxxxxxxxxx7548**<br>**Mil Star**<br>**Attention: Bankruptcy**<br>**PO Box 6250**<br>**Madison, WI 53716** | | W | DATE INCURRED:  **03/1993**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$4,763.00** |
| ACCT #:<br>**SC Dept. of Revenue**<br>**PO Box 12265**<br>**Columbia, SC  29211** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____3____ of ____5____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$5,918.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Danny NMN Garner**                                    Case No. _____
**Louise NMN Garner**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx9227**<br>**Texaco / Citibank/Shell**<br>**Attn.: Centralized  Bankruptcy**<br>**PO Box 20507**<br>**Kansas City, MO 64195** | | J | DATE INCURRED: **09/2000**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $477.00 |
| ACCT #: **xxxxxx4476**<br>**Time Warner Cable Inc. (COLA)**<br>**3347 Platt Springs Road**<br>**West Columbia, SC 29170** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Cable Services**<br>REMARKS: | | | | $63.10 |
| **Representing:**<br>**Time Warner Cable Inc. (COLA)** | | | **Credit Protection Association, LP**<br>**13355 Noel Road**<br>**Dallas, TX 75240** | | | | **Notice Only** |
| ACCT #:<br>**Transunion**<br>**Attn: Dispute Resolution Department**<br>**PO Box 2000**<br>**Chester, PA 19022** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxxxxx0001**<br>**Verizon Wireless**<br>**PO Box 3397**<br>**Bloomington, IL 61702** | | H | DATE INCURRED:  **12/2008**<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $314.00 |
| ACCT #:<br>**Internal Revenue Service**<br>**Centralized Insolvency Unit**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |

Sheet no. ___4___ of ___5___ continuation sheets attached to                      Subtotal >          $854.10
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Danny NMN Garner**
     **Louise NMN Garner**

Case No. _____
               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**SC Dept. of Revenue**<br>**PO Box 12265**<br>**Columbia, SC  29211** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___5___ of ___5___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal >** | **$0.00** |
| **Total >** | **$24,725.10** |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Danny NMN Garner**                                    Case No. _____
       **Louise NMN Garner**                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **Danny NMN Garner**
    **Louise NMN Garner**

Case No. _____

        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

B6I (Official Form 6I) (12/07)

In re **Danny NMN Garner**
    **Louise NMN Garner**

Case No. _____
                (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s):  Son | Age(s): 12 | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Administrative Assistant | House Wife |
| Name of Employer | USA Maps | |
| How Long Employed | 13 years | |
| Address of Employer | 2435 Marion Ave. | |
| | Fort Jackson, SC 29207 | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $3,040.00 | $0.00 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | **$3,040.00** | **$0.00** |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $370.16 | $0.00 |
| | b. Social Security Tax | $188.48 | $0.00 |
| | c. Medicare | $44.08 | $0.00 |
| | d. Insurance | $0.00 | $0.00 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement    Mandatory | $24.32 | $0.00 |
| | g. Other (Specify)    TSP Loan | $234.66 | $0.00 |
| | h. Other (Specify)    TSP Savings | $152.00 | $0.00 |
| | i. Other (Specify)    FEGLI | $12.60 | $0.00 |
| | j. Other (Specify) | $0.00 | $0.00 |
| | k. Other (Specify) | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$1,026.30** | **$0.00** |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$2,013.70** | **$0.00** |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): | $0.00 | $0.00 |
| 12. | Pension or retirement income | $765.26 | $0.00 |
| 13. | Other monthly income (Specify): | | |
| | a. | $0.00 | $0.00 |
| | b. | $0.00 | $0.00 |
| | c. | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$765.26** | **$0.00** |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$2,778.96** | **$0.00** |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$2,778.96** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

**Scanned Document #4**

7/23/10 5:48 AM

myPay

| Test Version | | Help | Save | Exit | Turn Off Hard Copy |

Printer Friendly Version                    **View More** 05/22/2010                    Go

## DEPARTMENT OF DEFENSE

### CIVILIAN LEAVE A D EAR I GS STATEME T
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | 1. Pay Period End 05/22/10 |
|---|---|---|
| | | 2. Pay Date 06/03/10 |

| 3. ame GARNER DANNY | 4. Pay Plan/Grade/Step 05   05   09 | 5. Hourly/Daily Rate 19.00 | 6. Basic OT Rate 28.50 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay 34743.80    4920.00    39663.00 |
| 8. Soc Sec e ***-**-7491 | 9. Locality % 14.16 | 10. FLSA Category N | 11. SCD Leave 07/12/95 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/09/11 |
| 14. Financial Institution – et Pay ALLSOUTH FEDERAL CREDIT UNI | | 15. Financial Institution – Allotment #1 | | 16. Financial Institution – Allotment # 2 |
| 17. Tax Marital Status Exemptions Add'l | 18. Tax  Marital Exemptions Add'l Taxing Authority Status | | 19. Cumulative Retirement FERS:  1404.97 | 20. Military Deposit |
| FED  M   1      0 | | | | |
| SC   S   0      0 | | | | |

| | Current | Year to Date | 21. | |
|---|---|---|---|---|
| GROSS PAY | 1520.00 | 17086.46 | TSP BAS A | 5% |
| TAXABLE WAGES | 1464.00 | 16849.69 | | |
| O TAXABLE WAGES | | | | |
| TAX DEFERRED WAGES | 76.00 | 834.72 | | |
| DEDUCTIO S | 513.15 | 5965.07 | | |
| AXIC | | | | |
| ET PAY | 1006.85 | 11795.33 | | |

## CURRE T EAR I GS

| TYPE | HOURS/DAYS | AMOU T | TYPE | HOURS/DAYS | AMOU T | TYPE | HOURS/DAYS | AMOU T |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1520.00 | | | | | | |

## DEDUCTIO S

| TYPE | CODE | CURRE T | YEAR TO DATE | TYPE | CODE | CURRE T | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FROI | C0 | 6.50 | 69.15 | MEDICARE | | 22.04 | 256.42 |
| OASDI | | 94.24 | 1096.43 | RETIRE, FERS | K | 22.16 | 133.50 |
| TAX, FEDERAL | | 95.94 | 1251.62 | TAX, STATE | SC | 89.54 | 1222.54 |
| TSP LOANS | 128020G | 117.33 | 1290.63 | TSP SAVINGS | | 76.00 | 834.72 |

## LEAVE

| TYPE | PRIOR YR BALA CE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DO AFEW RETUR ED | CURRE T BALA CE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 204.00 | 6.00 | 60.00 | | 12.00 | | 252.00 | 132.00 |
| SICK | 869.00 | 4.00 | 40.00 | | | | 909.00 | |
| COMPENSATORY | | | 25.00 | 8.00 | 24.00 | | 1.00 | |
| HOLIDAY | | | | | 16.00 | | | |

## BE EFITS PAID BY GOVER ME T FOR YOU

| TYPE | CURRE T | YEAR TO DATE | TYPE | CURRE T | YEAR TO DATE |
|---|---|---|---|---|---|
| FROI | 3.15 | 34.58 | MEDICARE | 22.04 | 256.42 |
| OASDI | 94.24 | 1096.43 | RETIRE, FERS | 170.74 | 1869.77 |
| TSP BASIC | 15.20 | 166.94 | TSP MATCHING | 60.80 | 667.78 |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 973B8600 – DEPARTMENT OF DEFENSE.
BUY U.S. SAVINGS BONDS.
RETROACTIVE PERSONNEL DATA PROCESSED.

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED



* We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to most browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.

**Scanned Document #4**

myPay

7/25/20 5:45 AM

| Test Version | | | Help | Main | Exit | Turn Off Hand Copy |

Printer Friendly Version                          **View More** 06/05/2010                          Go

### DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT

### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End 06/05/10 |
| 2. Pay Date 06/17/10 |

| 3. Name GARNER DANNY | 4. Pay Plan/Grade/Step GS 05 09 | 5. Hourly/Daily Rate 19.00 | 6. Basic OT Rate 28.50 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay 34702.00  4720.00  39661.00 | |
| 8. Soc Sec # ***-**-2691 | 9. Locality % 14.16 | 10. FLSA Category N | 11. SCD-Leave 07/11/291 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/03/11 |
| 14. Financial Institution - Net Pay ALLSOUTH FEDERAL CREDIT UNI | | 15. Financial Institution - Allotment #1 | | 16. Financial Institution - Allotment #2 | |
| 17. Tax Marital Status | Exemptions Add'l | 18. Tax | Marital Exemptions Add'l Taxing Authority Status | | 19. Cumulative Retirement FERS: 3414 11 | 20. Military Deposit |
| FED M 1 0 |
| SC S 0 0 |

| 21. | Current | Year to Date | 22. | | |
| GROSS PAY | 1520.00 | 19284.40 | TSP DATA | 5% | |
| TAXABLE WAGES | 1444.00 | 18293.68 |
| NON TAXABLE WAGES | | |
| TAX DEFERRED WAGES | 76.00 | 910.72 |
| DEDUCTIONS | 513.15 | 6478.22 |
| AEIC | | |
| NET PAY | 1006.85 | 12776.18 |

### CURRENT YEAR TO GS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| REGULAR PAY | 80.00 | 1520.00 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| FEGLI | C0 | 6.30 | 75.45 | MEDICARE | | 22.04 | 279.46 |
| OASDI | | 94.24 | 1790.67 | RETIRE, FERS | K | 12.16 | 145.72 |
| TAX, FEDERAL | | 93.54 | 1327.16 | TAX, STATE | SC | 19.54 | 1342.08 |
| TSP LOANS | 12602SG | 117.33 | 1407.96 | TSP SAVINGS | | 76.00 | 940.72 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATE/RETURNED | CURRENT BALANCE | USE/LOSE/TERM DATE |
| ANNUAL | 204.00 | 6.00 | 66.00 | | 12.00 | | 258.00 | 132.00 |
| SICK | 869.00 | 4.00 | 44.00 | | | | 913.00 | |
| COMPENSATORY | | | 25.00 | | 24.00 | | 1.00 | |
| HOLIDAY | | | | 8.00 | 24.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| FEGLI | 3.15 | 37.73 | MEDICARE | 22.04 | 279.46 |
| OASDI | 94.20 | 1190.67 | RETIRE, FERS | 170.24 | 2040.20 |
| TSP BASIC | 15.20 | 182.16 | TSP MATCHING | 60.80 | 728.58 |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380800 - DEPARTMENT OF DEFENSE
BUY US SAVINGS BONDS.
WATCH FOR INFO COMING SOON ABOUT THE NEW SAVINGS BOND DEDUCTION - USE TREASURY DIRECT

THE REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED



• We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.

**Scanned Document #4**

myPay                                                                4/21/10 5:46 AM

| Text Version | | Help | Main | Exit | Turn Off Hard Copy |

Printer Friendly Version                    View More  06/18/2010          Go

---

## DEPARTMENT OF DEFENSE

### CIVILIAN LEAVE AND EARNINGS STATEMENT

### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 06/19/10 |
| 2. Pay Date | 07/01/10 |

| 3. Name GARNER DANNY | 4. Pay Plan/Grade/Step GS 05 00 | 5. Hourly/Daily Rate 19.80 28.30 | 6. Basic OT Rate 28.30 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay 34742.00 4926.00 39663.00 |
| 8. Soc Sec | 9. Locality % 14.16 | 10. FLSA Category N | 11. SCD Leave 07/22/95 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/08/11 |

| 14. Financial Institution - Net Pay ALLSOUTH FEDERAL CREDIT UNI | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |

| 17. Tax Marital Status | Exemptions Add'l | 18. Tax | Marital Exemptions Add'l Tax Status | leg Authority | 19. Cumulative Retirement FERS: 3426.29 | 20. Military Deposit |
| FED M 3 0 | | | | |
| SC 5 0 | | | | |

| 21. GROSS PAY | Current 2020.80 | Year to Date 21224.40 | 22. TSP DATA | 5% |
| TAXABLE WAGES | 1944.80 | 20257.68 | | |
| + O TAXABLE WAGES | | | | |
| TAX DEFERRED WAGES | 76.00 | 966.72 | | |
| DEDUCTIO S | 711.40 | 7189.62 | | |
| AEIC | | | | |
| ET PAY | 1309.50 | 14034.78 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1520.00 | INCENTIVE AWD | | 500.00 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 6.30 | 81.75 | MEDICARE | | 29.29 | 307.75 |
| OASDI | | 125.24 | 1315.91 | RETIRE, FERS | K | 12.16 | 157.96 |
| TAX, FEDERAL | | 220.54 | 1542.70 | TAX, STATE | SC | 134.54 | 1366.02 |
| TSP LOANS | 126005G | 117.33 | 1225.25 | TSP SAVINGS | | 76.00 | 986.72 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE/LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 204.00 | 4.00 | 72.00 | | 12.00 | | 264.00 | 132.00 |
| SICK | 866.30 | 4.00 | 46.00 | 2.00 | 2.30 | | 915.00 | |
| COMPENSATORY | | | 25.00 | | 24.00 | | 1.00 | |
| HOLIDAY | | | | | 24.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.15 | 60.88 | MEDICARE | 29.29 | 307.75 |
| OASDI | 125.24 | 1315.91 | RETIRE, FERS | 170.24 | 2210.25 |
| TSP BASIC | 15.20 | 197.34 | TSP MATCHING | 60.80 | 789.36 |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380800 - DEPARTMENT OF DEFENSE.
NET PAY INCLUDES CURRENT AWARD NET OF $   301.75
WATCH FOR INFO COMING SOON ABOUT THE NEW SAVINGS BOND DEDUCTION - USE TREASURY DIRECT

---

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED



- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readstep2.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser: Page Setup for optimal printing of the html version.

https://mypay.dfas.mil/mozfaos.aspx?Access=&vmp=RCP5%7JvECP5OMA%7vD4M8.&...32896opCurFspy=DCP5&epDCP10sf=DM4.8cdYem6723201009e4047&ckpOvervbmname=ALL    Page 1

**Scanned Document #4**

7/11/2010                                          myPay

## Smart Leave and Earnings Statement     Help | Main | Exit | Turn Off Hard Copy

Text Version

Printer Friendly Version     HTML Version

View More  07/03/2010 ▾  Go

### DEPARTMENT OF DEFENSE

### CIVILIAN LEAVE AND EARNINGS STATEMENT
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| **1. Pay Period End** | 07/03/10 |
| **2. Pay Date** | 07/15/10 |

| 3. Name<br>GARNER DANNY | 4. Pay Plan/Grade/Step<br>GS  05  09 | 5. Hourly/Daily Rate<br>19.00 | 6. Basic/OT Rate<br>28.50 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay<br>34,743.00  4,920.00  39,663.00 |
|---|---|---|---|---|

| 8. Soc Sec No<br>***-**-7491 | 9. Locality %<br>14.16 | 10. FLSA Category<br>N | 11. SCD Leave<br>07/12/95 | 12. Max Leave Carry Over<br>240 | 13. Leave Year End<br>01/01/11 |
|---|---|---|---|---|---|

| 14. Financial Institution - Net Pay<br>ALLSOUTH FEDERAL CREDIT UNI | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax Marital Exemptions Add'l<br>Status | | | 18. Tax  Marital  Exemptions  Add'l  Taxing Authority<br>Status | 19. Cumulative Retirement<br>FERS:<br>3,438.45 | 20. Military Deposit |
|---|---|---|---|---|---|
| FED | M | 1 | 0 | | |
| SC | S | 0 | 0 | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 1,520.00 | 22,744.40 | TSP DATA | 5% |
| TAXABLE WAGES | 1,444.00 | 21,681.68 | | |
| NONTAXABLE WAGES | | 0.00 | | |
| TAX DEFERRED WAGES | 76.00 | 1,062.72 | | |
| DEDUCTIONS | 513.15 | 7,702.77 | | |
| AEIC | | | | |
| NET PAY | 1,006.85 | 15,041.63 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1,520.00 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 6.30 | 83.05 | MEDICARE | | 22.04 | 329.79 |
| OASDI | | 94.24 | 1,410.15 | RETIRE, FERS | K | 12.16 | 170.04 |
| TAX, FEDERAL | | 95.54 | 1,643.24 | TAX, STATE | SC | 89.54 | 1,356.16 |
| TSP LOANS | 126005G | 117.33 | 1,642.62 | TSP SAVINGS | | 76.00 | 1,062.72 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 204.00 | 6.00 | 78.00 | 8.00 | 20.00 | 0.00 | 262.00 | 124.00 |
| SICK | 869.00 | 4.00 | 52.00 | 0.00 | 2.00 | 0.00 | 919.00 | |
| COMPENSATORY | 0.00 | 0.00 | 25.00 | 0.00 | 24.00 | 0.00 | 1.00 | |
| HOLIDAY | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 | 0.00 | 0.00 | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.15 | 44.03 | MEDICARE | 22.04 | 329.79 |
| OASDI | 94.24 | 1,410.15 | RETIRE, FERS | 170.24 | 2,380.49 |
| TSP BASIC | 15.20 | 212.54 | TSP MATCHING | 60.80 | 850.18 |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380200 - DEPARTMENT OF DEFENSE.
BOND PAYROLL DEDUCTIONS WILL BE STOPPED NLT PAY PERIOD ENDING 09/25/10 PER US TREASURY DIR
ECTIVE. NEW BOND DEDUCTIONS MAY BE ESTABLISHED AS AN ALLOTMENT AFTER CREATING AN ACCOUNT V
IA WWW.TREASURYDIRECT.GOV.

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

🖶 HELP/ INFO

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.

- The "View More" option will allow you to view and/or print your Leave and Earnings information for the current and 11 previous months, if available. Click on the down arrow, click on an LES pay period ending date, then click on Go.

- You can save your LES as an HTML file on a disk or your hard drive.

- Your LESs will remain available for a limited time after your Separation.

  **Civilian** - Your last 26 LES's will remain available until they have cycled off through normal pay period updates.

**Scanned Document #4**

myfxy                                                                                          1/28/10 8:29 AM

| Text Version | | Help | Main | Exit | Turn Off Hard Copy |
| --- | --- | --- | --- | --- | --- |

View More 07/17/2010                          Go

Printer Friendly Version     HTML Version

### DEPARTMENT OF DEFENSE

| | | 1. Pay Period End |
| --- | --- | --- |
| **CIVILIAN LEAVE AND EARNINGS STATEMENT** | | 07/17/10 |
| VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | | 2. Pay Date 07/29/10 |

| 1. Name GARSTK DANNY | 6. Pay Plan/Grade/Step GS 05-09 | 7. Hourly/Daily Rate 19.00 | 8. Basic/OT Rate 28.50 | 9. Basic Pay + Locality Adj = Adjusted Basic Pay 34,743.00 4,920.00 39,663.00 |
| --- | --- | --- | --- | --- |
| 8. Soc Sec ***-**-7401 | 9. Locality % 14.19 | 10. FLSA Category N | 11. SCD Leave 01-13/95 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/01/11 |
| 14. Financial Institution - Net Pay ALLSOUTH FEDERAL CREDIT | | 15. Financial Institution - Allotment #1 | | 16. Financial Institution - Allotment #2 | |
| 17. Tax Marital Exemptions Add'l Status FED SI 1 0 ST SI 0 0 | 18. Tax Marital Status | 19. Exemptions Add'l | Add'l Taxing Authority | 19. Cumulative Retirement FERS: 11,XXX.XX | 20. Military Deposit |

| 21. | Current | Year to Date | | 22. | |
| --- | --- | --- | --- | --- | --- |
| GROSS PAY | 1,570.00 | 24,284.00 | | TSP DATA | 5% |
| TAXABLE WAGES | 1,644.00 | 22,132.03 | | | |
| 0 TAXABLE WAGES | | 0.00 | | | |
| TAX DEFERRED WAGES | 76.00 | 1,138.72 | | | |
| DED/COLLECTION S | 541.15 | 8,215.52 | | | |
| OASIC | | | | | |
| NET PAY | 1,006.85 | 16,068.48 | | | |

### CURRENT YEAR EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 1,520.00 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| TS-GLI | C0 | 4.35 | 66.35 | MEDICARE | K | 22.04 | 351.83 |
| OASDH | | 94.24 | 1,504.39 | RETIRE-FERS | SC | 12.16 | 187.20 |
| TAX-FEDERAL | | 93.54 | 1,738.79 | TAX-STATE | | 84.54 | 1,445.90 |
| TSP LOANS | 1260050 | 117.33 | 1,739.95 | TSP SAVINGS | | 76.00 | 1,138.72 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY TO | ACCRUED YTD | USED PAY PD | USED YTD | DONATED RETIRED | CURRENT BALANCE | USE/LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 206.00 | 6.00 | 34.00 | 6.00 | 20.00 | 5.00 | 124.00 | 174.00 |
| SICK | 869.00 | 4.00 | 54.00 | 2.00 | 4.00 | 5.00 | 921.00 | |
| COMPENSATORY | 0.00 | 0.00 | 25.00 | 0.00 | 24.00 | 0.00 | 1.00 | |
| HOLIDAY | 0.00 | 0.00 | 8.00 | 0.00 | 32.00 | 0.00 | 0.00 | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- |
| FEHB | 9.15 | 40.10 | MEDICARE | | 22.04 | 351.83 |
| OASDI | 94.24 | 1,504.39 | RETIRE-FERS | | 190.24 | 2,856.33 |
| TSP BASIC | 19.20 | 227.74 | TSP MATCHING | | 60.80 | 910.98 |

### REMARKS

YOUR FEDERAL SERVICE COMPUTATION DATE IS 01/13/1995. DEPARTMENT OF DEFENSE.
USE FOR MORE DETAILED PAY INFORMATION VISIT OUR WEB SITE AT WWW.DFAS.MIL.COM.
SOME CHANGES TO YOUR LES WILL BE EFFECTIVE AS PAY PERIOD ENDING 7/17/10 3 PER 1% TRANSFER.
EFFECTIVE NEW DEDUCTIONS MAY BE ESTABLISHED AS AN ALLOTMENT AFTER CHANGING AN
ACCOUNT VIA WWW.FINANCENET.GOV.

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

 **HELP INFO**

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you can't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.
- The "View More" option will allow you to view and/or print your Leave and Earnings information for the current and 11 previous months, if available. Click on the down arrow, click on an LES pay period ending date, then click on Go.
- You can save your LES as an HTML file on a disk or your hard drive.
- Your LES will remain available for a limited time after your Separation.

  Civilian - Your last 26 LES's will remain available until they have cycled off through normal pay period updates.

- If you have trouble reading the Graphics Version of your LES, click on the "Text Version" link.

7/11/2010                                                    RAS

## RETIREE ACCOUNT STATEMENT

| STATEMENT EFFECTIVE DATE | NEW PAY DUE AS OF | SSN |
|---|---|---|
| DEC 02, 2009 | JAN 04, 2010 | *****7491 |

| PLEASE REMEMBER TO NOTIFY DFAS IF YOUR ADDRESS CHANGES | DFAS-CL POINTS OF CONTACT |
|---|---|
| | DEFENSE FINANCE AND ACCOUNTING SERVICE<br>US MILITARY RETIREMENT PAY<br>PO BOX 7130<br>LONDON KY 40742-7130 |
| SGT DANNY GARNER USA RET<br>500 ANTIOCH PLACE<br>COLUMBIA SC 29209-2005 | COMMERCIAL (216) 522-5955<br>TOLL FREE 1-800-321-1080<br>TOLL FREE FAX 1-800-469-6559<br><br>myPay<br>https://myPay.dfas.mil<br>1-877-363-3677 |

### PAY ITEM DESCRIPTION

| ITEM | OLD | NEW | ITEM | OLD | NEW |
|---|---|---|---|---|---|
| GROSS PAY | 1,196.00 | 1,196.00 | FITW | 30.62 | 39.92 |
| TAXABLE INCOME | 849.39 | 852.18 | SITW | 10.00 | 10.00 |
| | | | ALLOTMENTS/BONDS | 37.00 | 37.00 |
| | | | FORMER SPOUSE DED | 346.61 | 343.82 |
| | | | NET PAY | 771.77 | 765.26 |

| PAYMENT ADDRESS | YEAR TO DATE SUMMARY ( FOR INFORMATION ONLY) | |
|---|---|---|
| DIRECT DEPOSIT | TAXABLE INCOME: | 10,237.92 |
| | FEDERAL INCOME TAX WITHHELD: | 518.24 |
| | STATE TAX WITHHELD FOR SOUTH CAROLINA | 120.00 |

### TAXES

| FEDERAL WITHHOLDING STATUS: | SINGLE | STATE CODE: | SC |
|---|---|---|---|
| TOTAL EXEMPTIONS: | 01 | STATE INCOME TAX WITHHELD: | 10.00 |
| FEDERAL INCOME TAX WITHHELD: | 39.92 | | |

### SURVIVOR BENEFIT PLAN (SBP) COVERAGE

NO SBP ELECTION IS REFLECTED ON YOUR ACCOUNT.

DFAS-CL 7220/148 (Rev 03-01)

**MICHAEL J. COX**
ATTORNEY AT LAW, LLC
6160 St. Andrews Road, Suite 1
Columbia, South Carolina 29212
Telephone (803) 254-6041        Fax (803) 256-8121
Outside Columbia (800) 888-8666
www.mcoxlaw.com

**Michael J. Cox**
Certified Specialist in Bankruptcy Law
Member of the South Carolina and Florida Bars

**Debra Galloway**
Attorney at Law
Member of the South Carolina Bar

Compassionate.......Experienced.......Professional

---

August 12, 2010

Ms. Tammi Hellwig
Clerk of Court
United States Bankruptcy Court
1100 Laurel Street
Columbia, SC  29202

Re:   Payment Advices for Joint Debtor
       Mr. Danny NMN Garner and Ms. Louise NMN Garner

Dear Ms. Hellwig:

The Joint Debtor in this case has not been employed for the past 6 months and has no
payment advices to file in this case.


Sincerely


/s/ Michael J. Cox

Michael J. Cox

B6J (Official Form 6J) (12/07)

IN RE: **Danny NMN Garner**  
**Louise NMN Garner**

Case No. _____  
(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $720.00 |
|    a. Are real estate taxes included?   ☑ Yes   ☐ No | |
|    b. Is property insurance included?   ☑ Yes   ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $200.00 |
|            b. Water and sewer | $85.00 |
|            c. Telephone | |
|            d. Other:  Phone/Internet | $75.00 |
| 3. Home maintenance (repairs and upkeep) | $50.00 |
| 4. Food | $450.00 |
| 5. Clothing | $50.00 |
| 6. Laundry and dry cleaning | $30.00 |
| 7. Medical and dental expenses | $60.00 |
| 8. Transportation (not including car payments) | $225.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $25.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|          a. Homeowner's or renter's | |
|          b. Life | $200.00 |
|          c. Health | |
|          d. Auto | $125.00 |
|          e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|          a. Auto: | |
|          b. Other: | |
|          c. Other: | |
|          d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: See attached personal expenses | $205.00 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$2,500.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **Budget is tight in order to make plan feasible.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $2,778.96 |
| b. Average monthly expenses from Line 18 above | $2,500.00 |
| c. Monthly net income (a. minus b.) | $278.96 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

IN RE:   **Danny NMN Garner**                                          CASE NO
         **Louise NMN Garner**
                                                                       CHAPTER   **13**

## EXHIBIT TO SCHEDULE J

## Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| Personal Hygeine | **$30.00** |
| Cell Phone | **$100.00** |
| Satellite | **$75.00** |
| **Total >** | **$205.00** |

B7 (Official Form 7) (04/10)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

In re:    **Danny NMN Garner**                                   Case No. _____
          **Louise NMN Garner**                                                     (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$22,744.40** | **2010 YTD; Defense Finance & Actg Serv; US Army** |
| **$37,863.04** | **2009; Debtor; Defense Finance & Actg Serv; US Army** |
| **$37,605.16** | **2008; Debtor: Defense Finance & Actg Serv; US Army** |

---

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,372.00** | **2010 YTD; Debtor; US Military Retirement Plan** |
| **$10,237.92** | **2009; Debtor; US Military Retirement Pay** |
| **$9,759.00** | **2008; Debtor; US Military Retirement Pay** |

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **GMAC**<br>**Attention:  Bankruptcy Dept.**<br>**1100 Virginia Drive**<br>**Fort Washington, PA 19034** | **Monthly** | **$720.00** | **$103,137.00** |
| **Citi Auto**<br>**2208 Highway 121 Ste 100**<br>**Bedford, TX 76021** | **Monthly** | **$339.00** | **$6,957.00** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

In re:  **Danny NMN Garner**                                                      Case No.  _____
        **Louise NMN Garner**                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☑ b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None
☑ c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☑ a.  List all suits and administrative proceedings to which the debtor is or was a party within one year preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑ b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 5. Repossessions, foreclosures and returns

None
☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 6. Assignments and receiverships

None
☑ a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑ b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 7. Gifts

None
☑ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 8. Losses

None
☑ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

In re:   **Danny NMN Garner**                                    Case No.  _____
         **Louise NMN Garner**                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None  ☐

### 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Cricket Debt Counseling** www.cricketdebt.com | **July 16, 2010** | **$36.00; credit counseling** |
| **Micheal J. Cox, Attorney at Law, LLC** **6160 St. Andrews Rd., Suite 1** **Columbia, SC 29212** | **7-20-10** **8-12-10** | **$440** **$1000 (includes filing fee and credit report)** |

---

None  ☑

### 10. Other transfers

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None  ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

None  ☑

### 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None  ☑

### 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None  ☑

### 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None  ☑

### 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

---

B7 (Official Form 7) (04/10) - Cont.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

In re:  **Danny NMN Garner**                                    Case No.  _____
        **Louise NMN Garner**                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 15. Prior address of debtor

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None ☑

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

In re:  **Danny NMN Garner**                                          Case No. _____
        **Louise NMN Garner**                                                      (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None
☑       b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

In re:  **Danny NMN Garner**                                        Case No.  _____
        **Louise NMN Garner**                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **08/12/2010**                          Signature _____ **/s/ Danny NMN Garner** _____
                                             of Debtor      *Danny NMN Garner*

Date  **08/12/2010**                          Signature _____ **/s/ Louise NMN Garner** _____
                                             of Joint Debtor  *Louise NMN Garner*
                                             (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

IN RE:  **Danny NMN Garner**                                    CASE NO
**Louise NMN Garner**

CHAPTER    **13**

## <u>Verification of Mailing Matrix</u>

The above named debtor(s), or attorney for the debtor(s) if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, typed hard copy in a scannable format or by ECF Text File Upload has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)_____Computer Diskette

(b)_____Scannable Hard Copy

(c) X    ECF Text File Upload

Date  08/12/2010                              Signature   /s/ Danny NMN Garner
                                                          **Danny NMN Garner**

Date  08/12/2010                              Signature   /s/ Louise NMN Garner
                                                          **Louise NMN Garner**

                                              /s/ Michael J. Cox
                                              **Michael J. Cox**
                                              **0339**
                                              **Michael J. Cox Atty at Law, LLC**
                                              **6160 St. Andrews Road**
                                              **Suite 1**
                                              **Columbia, SC 29212**
                                              **(803) 254-6041**

Acc Rec Coll
105 Reed Ave
Lexington, SC 29072


Alliance One
4850 Street Road, Ste 300
Feasterville Trevose, PA 19053


Allsouth Federal Cr Un
6923 N Trenholm Rd
Columbia, SC 29206


Applied Card Bank
Attention: General Inquiries
PO Box 17125
Wilmington, DE 19850


Aspire
Pob 105555
Atlanta, GA 30348


Capital One, N.a.
C/O American Infosource
PO Box 54529
Oklahoma City, OK 73154


Chase- Bp
Po Box 15298
Wilmington, DE 19850


Citi Auto
2208 Highway 121 Ste 100
Bedford, TX 76021


Credit One Bank
Po Box 98875
Las Vegas, NV 89193

Credit Protection Association, LP
13355 Noel Road
Dallas, TX 75240


Equifax Information Service Center
Attn: Dispute Resolution Department
PO Box 105873
Atlanta, GA 30328


Experian Information Solutions
Attn: Supervisor, Legal Department
PO Box 1240
Allen, TX 75013


GEMB / HH Gregg
Attention:  Bankruptcy
PO Box 103106
Roswell, GA 30076


Gemb/jcp
Attention:  Bankruptcy
PO Box 103104
Roswell, GA 30076


Gemb/walmart
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076


GMAC
Attention:  Bankruptcy Dept.
1100 Virginia Drive
Fort Washington, PA 19034


HSBC
ATTN: BANKRUPTCY
PO BOX 5213
Carol Stream, IL 60197


Hsbc Bank
ATTN: BANKRUPTCY
PO BOX 5253
Carol Stream, IL 60197

Hsbc Bank/Sears/KMart
ATTN: BANKRUPTCY
PO BOX 5213
Carol Stream, IL 60197


Hsbc Best Buy
Attn: Bankruptcy
PO Box 5263
Carol Stream, IL 60197


Internal Revenue Service
Centralized Insolvency Unit
PO Box 21126
Philadelphia, PA 19114


Macys/fdsb
Macy's Bankruptcy
PO Box 8053
Mason, OH 45040


Michael J. Cox Atty at Law, LLC
6160 St. Andrews Road, Ste 1
Columbia, SC  29212


Mil Star
Attention: Bankruptcy
PO Box 6250
Madison, WI 53716


SC Dept. of Revenue
PO Box 12265
Columbia, SC  29211


Texaco / Citibank/Shell
Attn.: Centralized  Bankruptcy
PO Box 20507
Kansas City, MO 64195


Time Warner Cable Inc. (COLA)
3347 Platt Springs Road
West Columbia, SC 29170

Transunion
Attn: Dispute Resolution Department
PO Box 2000
Chester, PA 19022


Verizon Wireless
PO Box 3397
Bloomington, IL 61702

**B 22C (Official Form 22C) (Chapter 13) (04/10)**

In re: **Danny NMN Garner**
      **Louise NMN Garner**

Case Number:

| According to the calculations required by this statement: |
|---|
| ☑ **The applicable commitment period is 3 years.** |
| ☐ **The applicable commitment period is 5 years.** |
| ☐ **Disposable income is determined under § 1325(b)(3).** |
| ☑ **Disposable income is not determined under § 1325(b)(3).** |
| (Check the boxes as directed in Lines 17 and 23 of this statement.) |

# CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
# AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

## Part I. REPORT OF INCOME

|  |  | Column A | Column B |
|---|---|---|---|
|  | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried.  **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☑ Married.  **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| 1 | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br><br>**Debtor's Income** | **Column B**<br><br>**Spouse's Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $3,376.67 | $0.00 |
| 3 | **Income from the operation of a business, profession, or farm.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero.  **Do not include any part of the business expenses entered on Line b as a deduction in Part IV.** | | |
|  | a. Gross receipts    $0.00    $0.00 | | |
|  | b. Ordinary and necessary business expenses    $0.00    $0.00 | | |
|  | c. Business income    Subtract Line b from Line a | $0.00 | $0.00 |
| 4 | **Rent and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  Do not enter a number less than zero.  **Do not include any part of of the operating expenses entered on Line b as a deduction in Part IV.** | | |
|  | a. Gross receipts    $0.00    $0.00 | | |
|  | b. Ordinary and necessary operating expenses    $0.00    $0.00 | | |
|  | c. Rent and other real property income    Subtract Line b from Line a | $0.00 | $0.00 |
| 5 | **Interest, dividends, and royalties.** | $0.00 | $0.00 |
| 6 | **Pension and retirement income.** | $852.18 | $0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. | $0.00 | $0.00 |
| 8 | **Unemployment compensation.**  Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $0.00   Spouse $0.00 | $0.00 | $0.00 |
| 9 | **Income from all other sources.**  Specify source and amount.  If necessary, list additional sources on a separate page.  Total and enter on Line 9.  **Do not include alimony or separate maintenance payments paid by your spouse, but include all other payments of alimony or separate maintenance.  Do not include** any benefits received under the the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a.<br>b. | $0.00 | $0.00 |

**B 22C (Official Form 22C) (Chapter 13) (04/10)**

| 10 | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | **$4,228.85** | **$0.00** |
|---|---|---|---|
| 11 | **Total.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | **$4,228.85** | |

### Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD

| 12 | Enter the amount from Line 11. | $4,228.85 |
|---|---|---|
| 13 | **Marital adjustment.** If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter on Line 13 the amount of income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents and specify, in the lines below, the basis for excluding this income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | |

| | a. | | |
|---|---|---|---|
| | b. | | |
| | c. | | |
| | Total and enter on Line 13. | | $0.00 |

| 14 | **Subtract Line 13 from Line 12 and enter the result.** | $4,228.85 |
|---|---|---|
| 15 | **Annualized current monthly income for § 1325(b)(4).** Multiply the amount from Line 14 by the number 12 and enter the result. | $50,746.20 |
| 16 | **Applicable median family income.** Enter the median family income for applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence:  **South Carolina**     b. Enter debtor's household size:  __3__ | $55,099.00 |
| 17 | **Application of § 1325(b)(4).** Check the applicable box and proceed as directed.<br><br>☑  **The amount on Line 15 is less than the amount on Line 16.** Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement.<br><br>☐  **The amount on Line 15 is not less than the amount on Line 16.** Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | |

### Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME

| 18 | Enter the amount from Line 11. | $4,228.85 |
|---|---|---|
| 19 | **Marital adjustment.** If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | |

| | a. | | |
|---|---|---|---|
| | b. | | |
| | c. | | |
| | Total and enter on Line 19. | | $0.00 |

B 22C (Official Form 22C) (Chapter 13) (04/10)

| 20 | **Current monthly income for § 1325(b)(3).**  Subtract Line 19 from Line 18 and enter the result. | **$4,228.85** |
|---|---|---|
| 21 | **Annualized current monthly income for § 1325(b)(3).**  Multiply the amount from Line 20 by the number 12 and enter the result. | **$50,746.20** |
| 22 | **Applicable median family income.**  Enter the amount from Line 16. | **$55,099.00** |
| 23 | **Application of § 1325(b)(3).**  Check the applicable box and proceed as directed.<br>☐ **The amount on Line 21 is more than the amount on Line 22.**  Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br>☑ **The amount on Line 21 is not more than the amount on Line 22.**  Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement.  DO NOT COMPLETE PARTS IV, V, OR VI. | |

## Part IV. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 24A | **National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous.**  Enter in Line 24A the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable household size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
|---|---|---|

| 24B | **National Standards: health care.**  Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  Enter in Line b1 the number of members of your household who are under 65 years of age and enter in Line b2 the number of members of your household who are 65 years of age or older.  (The total number of household members must be the same as the number stated in Line 16b.)  Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1.  Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2.  Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 24B. | |
|---|---|---|

| Household members under 65 years of age | | | Household members 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per member | | a2. | Allowance per member | |
| b1. | Number of members | | b2. | Number of members | |
| c1. | Subtotal | | c2. | Subtotal | |

| 25A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
|---|---|---|

| 25B | **Local Standards: housing and utilities; mortgage/rent expense.**  Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |
|---|---|---|

| | a. | IRS Housing and Utilities Standards; mortgage/rent expense | |
|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47 | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. |

| 26 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | |
|---|---|---|

B 22C (Official Form 22C) (Chapter 13) (04/10)

| | | |
|---|---|---|
| 27A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7.  ☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 27A the "Public Transportation" amount from IRS Local Standards: Transportation.  If you checked 1 or 2 or more, enter on Line 27A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region.  (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
| 27B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 27B the "Public Transportation" amount from IRS Local Standards: Transportation.  (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
| 28 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense.  (You may not claim an ownership/lease expense for more than two vehicles.)  ☐ 1  ☐ 2 or more<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a and enter the result in Line 28.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |

| | a. | IRS Transportation Standards, Ownership Costs | |
|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 28.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a and enter the result in Line 29.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |

| | a. | IRS Transportation Standards, Ownership Costs | |
|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47 | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 30 | **Other Necessary Expenses: taxes.**  Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes.  DO NOT INCLUDE REAL ESTATE OR SALES TAXES. | |
| 31 | **Other Necessary Expenses: involuntary deductions for employment.**  Enter the total average monthly deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs.  DO NOT INCLUDE DISCRETIONARY AMOUNTS, SUCH AS VOLUNTARY 401(K) CONTRIBUTIONS. | |
| 32 | **Other Necessary Expenses: life insurance.**  Enter total average monthly premiums that you actually pay for term life insurance for yourself.  DO NOT INCLUDE PREMIUMS FOR INSURANCE ON YOUR DEPENDENTS, FOR WHOLE LIFE OR FOR ANY OTHER FORM OF INSURANCE. | |
| 33 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  DO NOT INCLUDE PAYMENTS ON PAST DUE OBLIGATIONS INCLUDED IN LINE 49. | |

**B 22C (Official Form 22C) (Chapter 13) (04/10)**

| | | |
|---|---|---|
| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | |
| 35 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare--such as baby-sitting, day care, nursery and preschool.  DO NOT INCLUDE OTHER EDUCATIONAL PAYMENTS. | |
| 36 | **Other Necessary Expenses: health care.**   Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 24B.  DO NOT INCLUDE PAYMENTS FOR HEALTH INSURANCE OR HEALTH SAVINGS ACCOUNTS LISTED IN LINE 39. | |
| 37 | **Other Necessary Expenses: telecommunication services.**   Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service--such as pagers, call waiting, caller id, special long distance, or internet service--to the extent necessary for your health and welfare or that of your dependents.  DO NOT INCLUDE ANY AMOUNT PREVIOUSLY DEDUCTED. | |
| 38 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 24 through 37. | |

**Subpart B: Additional Living Expense Deductions**
**Note: Do not include any expenses that you have listed in Lines 24-37**

| | | |
|---|---|---|
| 39 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.**   List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |

| a. | Health Insurance | |
|---|---|---|
| b. | Disability Insurance | |
| c. | Health Savings Account | |

Total and enter on Line 39

IF YOU DO NOT ACTUALLY EXPEND THIS TOTAL AMOUNT, state your actual total average monthly expenditures in the space below:

_____

| | | |
|---|---|---|
| 40 | **Continued contributions to the care of household or family members.**  Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses.  DO NOT INCLUDE PAYMENTS LISTED IN LINE 34. | |
| 41 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incur to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law.  The nature of these expenses is required to be kept confidential by the court. | |
| 42 | **Home energy costs.**  Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.  YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
| 43 | **Education expenses for dependent children under 18.**  Enter the total average monthly expenses that you actually incur, not to exceed $147.92 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age.  YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST EXPLAIN WHY THE AMOUNT CLAIMED IS REASONABLE AND NECESSARY AND NOT ALREADY ACCOUNTED FOR IN THE IRS STANDARDS. | |

**B 22C (Official Form 22C) (Chapter 13) (04/10)**

| | |
|---|---|
| 44 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
| 45 | **Charitable contributions.** Enter the amount reasonably necessary for you to expend each month on charitble contributions in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). DO NOT INCLUDE ANY AMOUNT IN EXCESS OF 15% OF YOUR GROSS MONTHLY INCOME. | |
| 46 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 39 through 45. | |

**Subpart C: Deductions for Debt Payment**

| | |
|---|---|
| 47 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 47. | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | | ☐ yes ☐ no |
| b. | | | | ☐ yes ☐ no |
| c. | | | | ☐ yes ☐ no |
| | | | Total: Add Lines a, b and c | |

| | |
|---|---|
| 48 | **Other payments on secured claims.** If any of the debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| | | | Total: Add Lines a, b and c |

| | |
|---|---|
| 49 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. DO NOT INCLUDE CURRENT OBLIGATIONS, SUCH AS THOSE SET OUT IN LINE 33. | |
| 50 | **Chapter 13 administrative expenses.** Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | |

| | | |
|---|---|---|
| a. | Projected average monthly chapter 13 plan payment. | |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | % |
| c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

| | |
|---|---|
| 51 | **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50. | |

**Subpart D: Total Deductions from Income**

| | |
|---|---|
| 52 | **Total of all deductions from income.** Enter the total of Lines 38, 46 and 51. | |

**B 22C (Official Form 22C) (Chapter 13) (04/10)**

| | Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2) | |
|---|---|---|
| 53 | **Total current monthly income.** Enter the amount from Line 20. | |
| 54 | **Support income.** Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | |
| 55 | **Qualified retirement deductions.** Enter the monthly total of (a) all amounts withheld by your employer from wages as contributions for qualified retirement plans, as specified in § 541(b)(7) and (b) all required repayments of loans from retirement plans, as specified in § 362(b)(19). | |
| 56 | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | |
| 57 | **Deduction for special circumstances.** If there are special circumstances that justify additional expenses for which there is no reasonable alternative, describe the special circumstances and the resulting expenses in lines a-c below. If necessary, list additional entries on a separate page. Total the expenses and enter the total in Line 57. YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF THESE EXPENSES AND YOU MUST PROVIDE A DETAILED EXPLANATION OF THE SPECIAL CIRCUMSTANCES THAT MAKE SUCH EXPENSES NECESSARY AND REASONABLE. | |

| | Nature of special circumstances | Amount of expense |
|---|---|---|
| a. | | |
| b. | | |
| c. | | |
| | | Total: Add Lines a, b, and c |

| | | |
|---|---|---|
| 58 | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, 56, and 57 and enter the result. | |
| 59 | **Monthly Disposable Income Under § 1325(b)(2).** Subtract Line 58 from Line 53 and enter the result. | |

| | Part VI: ADDITIONAL EXPENSE CLAIMS | |
|---|---|---|
| 60 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | |
| b. | | |
| c. | | |
| | Total: Add Lines a, b, and c | |

| | Part VII: VERIFICATION | |
|---|---|---|
| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* | |

Date:  **08/12/2010**          Signature:   **/s/ Danny NMN Garner**

**Danny NMN Garner**

Date:  **08/12/2010**          Signature:   **/s/ Louise NMN Garner**

**Louise NMN Garner**

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010

## Current Monthly Income Calculation Details

In re: **Danny NMN Garner**          Case Number:
**Louise NMN Garner**          Chapter:          **13**

### 2.    Gross wages, salary, tips, bonuses, overtime commissions.

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **Department of Defense-US Military** | | | | | | |
| | $3,040.00 | $3,040.00 | $3,040.00 | $3,040.00 | $3,040.00 | $5,060.00 | **$3,376.67** |

### 6.    Pension and retirement income.

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **US Military Retirement Pay** | | | | | | |
| | $852.18 | $852.18 | $852.18 | $852.18 | $852.18 | $852.18 | **$852.18** |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010